UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| BARBARA THOMPSON, INDIVIDUALLY AND AS NEXT FRIEND FOR NEVEAH T. AND NYA T., LISA MCCONNELL AS REPRESENTATIVE OF THE ESTATE OF MICHAEL THOMPSON, <br> V. <br> CITY OF EL PASO, CITY OF EL PASO POLICE DEPARTMENT, FIRE DEPARTMENT, AXON ENTERPRISE, JESUS COBOS, DOMINIC GUERRERO, THOMAS SNEED, JOHN SPENCER, MICHAEL ARIAS, JACQUELINE AGUILERA, ALONZO MARTINEZ, AARON JOHNSTON, KYLE K. BONATH, AXON, WALMART, EL PASO COUNTY, and JANICE DIAZ-CAVALLIERY, M.D., <br> *DEFENDANTS,* | CIVIL ACTION NO. 3:24-cv-00276-KC |

## REQUEST FOR ENTRY OF DEFAULT JUDGMENT AGAINST WALMART

TO THE CLERK OF COURT:

Plaintiff Barbara Thompson, et al., file this request to the court clerk to enter a default, against defendant, Walmart as authorized by Federal Rule of Civil Procedure 55

### A. Introduction

1. On June 27, 2024, Plaintiffs filed the Original Petition against Defendants in the Judicial District Court of El Paso County, Texas ("State Court Action").

2. Plaintiff served defendant Walmart with plaintiff's live complaint with the stamped copy of the complaint. *Exhibit A.*

3. Defendant, Alonzo Martinez filed an Answer in state district court and then removed the case to federal court, he nor any other responding defendant filed an answer on behalf of defendant Walmart. Dkt. 1.

4. Defendant Walmart failed to answer in state court before removal or after removal to this court .

5. Plaintiffs now ask the Clerk of this court for entry of default judgment.

### B. Argument

6. The court clerk may enter a default against a party who has not filed a responsive pleading or otherwise defended the suit. Fed. R. Civ. P. 55(a); *City of N.Y. v. Mickalis Pawn Shop, LLC*, 645 F.3d 114, 129-30 (2d Cir. 2011); *see United States v. $23,000 in U.S. Currency*, 356 F.3d 157, 163 (1st Cir. 2004).

7. The clerk should enter a default against defendant Walmart because:

    a. Defendant Walmart did not file a responsive pleading by the first Monday after the expiration of the twentieth day on August 19, 2024, or 21 days after

  removal to federal court by August 28, 2024. See TRCP 21, and Fed. R. Civ. P. 12(a)(1)(A)(i); *see* Fed. R. Civ. P. 55(a).

8. The clerk should enter a default against defendant Walmart because it did not otherwise defend the suit. Fed. R. Civ. P. 55(a); *City of N.Y.*, 645 F.3d at 129-30.

9. Plaintiff meets the procedural requirements for obtaining an entry of default from the clerk.

10. U.A. Lewis has personal knowledge of the statements made in this request[1].

11. The defendant Walmart is not minors or incompetent persons. *Cf.* Fed. R. Civ. P. 55(b)(1).

12. Neither Defendant Walmart is not in the military. *Cf.* 50 U.S.C. §3931(b)(1).

13. An affidavit of defendants' military status is attached as *Exhibit C*.

---

[1] **DECLARATION**
My name is U.A. Lewis. My DOB is ▮▮▮▮▮▮▮▮▮▮▮▮▮▮. My address is ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. I have personal knowledge of the allegations and facts stated herein, which are true and correct. I declare under penalty of perjury that the foregoing is true and correct. Executed in Harris County, State of Texas, on September 3 2024

_____
Declarant

FN
 28 U.S. CODE § 1746. Wherever, under any law of the United States or under any rule, regulation, order, or requirement made pursuant to law, any matter is required or permitted to be supported, evidenced, established, or proved by the sworn declaration, verification, certificate, statement, oath, or affidavit, in writing of the person making the same (other than a deposition, or an oath of office, or an oath required to be taken before a specified official other than a notary public), such matter may, with like force and effect, be supported, evidenced, established, or proved by the unsworn declaration, certificate, verification, or statement, in writing of such person which is subscribed by him, as true under penalty of perjury, and dated, in substantially the following form: (1) If executed without the United States: "I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on (date). (Signature)". (2) If executed within the United States, its territories, possessions, or commonwealths: "I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on (date). (Signature)". CPRC Sec. 132.001. UNSWORN DECLARATION. (a) Except as provided by Subsection (b), an unsworn declaration may be used in lieu of a written sworn declaration, verification, certification, oath, or affidavit required by statute or required by a rule, order, or requirement adopted as provided by law.

14. Because defendant Walmart did not file a responsive pleading or otherwise defend the suit, it is not entitled to notice of entry of default. *see* Fed. R. Civ. P. 55(a).

### C. Conclusion

15. The defendant, Walmart, has failed to defend this lawsuit. For these reasons, the plaintiff asks the clerk to enter a default against the defendant Walmart in favor of the plaintiff.

Respectfully Submitted,
The Lewis Law Group PLLC.
By: /s/U.A. Lewis
U.A. Lewis
State Bar No. 24076511
P. O. Box 27353
Houston, TX 77227
myattorney@thelewislaw.com
Attorney-in-charge

### CERTIFICATE OF SERVICE

All attorneys of record were served by EFC, and certified mail return receipt was requested in compliance with Local Rule 5.5 on the date of this filing

/s/ U.A. Lewis
U.A. Lewis