UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| BARBARA THOMPSON, INDIVIDUALLY AND AS NEXT FRIEND FOR NEVEAH T. AND NYA T., LISA MCCONNELL AS REPRESENTATIVE OF THE ESTATE OF MICHAEL THOMPSON, V. CITY OF EL PASO, CITY OF EL PASO POLICE DEPARTMENT, FIRE DEPARTMENT, AXON ENTERPRISE, JESUS COBOS, DOMINIC GUERRERO, THOMAS SNEED, JOHN SPENCER, MICHAEL ARIAS, JACQUELINE AGUILERA, ALONZO MARTINEZ, AARON JOHNSTON, KYLE K. BONATH, AXON, WALMART, EL PASO COUNTY, and JANICE DIAZ-CAVALLIERY, M.D., *DEFENDANTS,* | § § § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 3:24-cv-00276-KC |

### REQUEST FOR ENTRY OF DEFAULT JUDGMENT AGAINST WALMART

**TO THE CLERK OF COURT:**

Plaintiffs Barbara Thompson, et al., file this request to the court clerk to enter a

default, against defendant, Walmart as authorized by Federal Rule of Civil Procedure 55

1

### A. Introduction

1. On June 27, 2024, Plaintiffs filed the Original Petition against Defendants in the Judicial District Court of El Paso County, Texas ("State Court Action").

2. Plaintiff served defendant Walmart with plaintiff's live complaint with the stamped copy of the complaint. *Exhibit A*.

3. Defendant, Alonzo Martinez filed an Answer in state district court and then removed the case to federal court, he nor any other responding defendant filed an answer on behalf of defendant Walmart. Dkt. 1.

4. Defendant Walmart failed to answer in state court before removal or after removal to this court .

5. Plaintiffs now ask the Clerk of this court for entry of default judgment.

### B. Argument

6. The court clerk may enter a default against a party who has not filed a responsive pleading or otherwise defended the suit. Fed. R. Civ. P. 55(a); *City of N.Y. v. Mickalis Pawn Shop, LLC*, 645 F.3d 114, 129-30 (2d Cir. 2011); *see United States v. $23,000 in U.S. Currency*, 356 F.3d 157, 163 (1st Cir. 2004).

7. The clerk should enter a default against defendant Walmart because: a. Defendant Walmart did not file a responsive pleading by the first Monday after the expiration of the twentieth day on August 19, 2024, or 21 days after removal to federal court by August 28, 2024. See TRCP 21, and Fed. R. Civ. P. 12(a)(1)(A)(i); *see* Fed. R. Civ. P. 55(a).

8. The clerk should enter a default against defendant Walmart because it did not otherwise defend the suit. Fed. R. Civ. P. 55(a); *City of N.Y.*, 645 F.3d at 129-30.

9. Plaintiff meets the procedural requirements for obtaining an entry of default from the clerk.

10. U.A. Lewis has personal knowledge of the statements made in this request .[1] 11. The defendant Walmart is not minors or incompetent persons. *Cf.* Fed. R. Civ. P. 55(b)(1).

12. Neither Defendant Walmart is not in the military. *Cf.* 50 U.S.C. §3931(b)(1).

13. An affidavit of defendants' military status is attached as *Exhibit C.*

---

[1] **DECLARATION**
My name is U.A. Lewis. My DOB is _▬▬▬▬▬▬▬▬▬▬▬_. My address is _▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬_. I have personal knowledge of the allegations and facts stated herein, which are true and correct. I declare under penalty of perjury that the foregoing is true and correct. Executed in Harris County, State of Texas, on September 3 2024

_____
Declarant

FN
 28 U.S. CODE § 1746. Wherever, under any law of the United States or under any rule, regulation, order, or requirement made pursuant to law, any matter is required or permitted to be supported, evidenced, established, or proved by the sworn declaration, verification, certificate, statement, oath, or affidavit, in writing of the person making the same (other than a deposition, or an oath of office, or an oath required to be taken before a specified official other than a notary public), such matter may, with like force and effect, be supported, evidenced, established, or proved by the unsworn declaration, certificate, verification, or statement, in writing of such person which is subscribed by him, as true under penalty of perjury, and dated, in substantially the following form: (1) If executed without the United States: "I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on (date). (Signature)". (2) If executed within the United States, its territories, possessions, or commonwealths: "I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on (date). (Signature)". CPRC Sec. 132.001. UNSWORN DECLARATION. (a) Except as provided by Subsection (b), an unsworn declaration may be used in lieu of a written sworn declaration, verification, certification, oath, or affidavit required by statute or required by a rule, order, or requirement adopted as provided by law.

---

14. Because defendant Walmart did not file a responsive pleading or otherwise defend the suit, it is not entitled to notice of entry of default. *see* Fed. R. Civ. P. 55(a).

## C. Conclusion

15. The defendant, Walmart, has failed to defend this lawsuit. For these reasons, the plaintiff asks the clerk to enter a default against the defendant Walmart in favor of the plaintiff.

Respectfully Submitted,
The Lewis Law Group PLLC.
By: /s/U.A. Lewis
U.A. Lewis
State Bar No. 24076511
P. O. Box 27353
Houston, TX 77227
myattorney@thelewislaw.com
Attorney-in-charge

## CERTIFICATE OF SERVICE

All attorneys of record were served by EFC, and certified mail return receipt was requested in compliance with Local Rule 5.5 on the date of this filing

/s/ U.A. Lewis
U.A. Lewis

# EXHIBIT A

Skip to Main Content  Logout  My Account  Search Menu  New Civil Search  Refine Search  Back  Location : All Courts  Help

# Register of Actions
## Case No. 2024DCV3042

| | |
|---|---|
| **BARBARA THOMPSON, INDIVIDUALLY AND AS NEXT FRIEND FOR NEVEAH.T, AND NYA.T, LISA MCCONNELL AS REPRESENTATIVE OF THE** § <br> § <br> **ESTATE OF MICHAEL THOMPSON VS CITY OF EL PASO, CITY OF EL** § <br> **PASO POLICE DEPARTMENT, FIRE DEPARTMENT, AXON** | **ENTERPRISE,** § <br> **JESUS COBOS, DOMINIC GUERRERO, THOMAS SNEED, JOHN** § <br> **SPENCER, MICHAEL ARIAS, JACQUELINE AGUILERA, ALONZO** § <br> **MARTINEZ, AARON JOHNSTON, KYLE K. BONATH, AXON,** <br> **WALMART, EL PASO COUNTY, AND JANICE DIAZ-CAVALLIERY, M.D.** <br> Case Type: **Other Civil**  Date Filed: **06/27/2024** <br> Location: **41st District Court** |

**Party Information**

| | Lead Attorneys |
|---|---|
| **Defendant  AGUILERA, JACQUELINE**  Miguel A. Talamantes Guzman | *Retained* <br> 915-212-0033(W) |
| **Defendant  ARIAS, MICHAEL** | |
| **Defendant  AXON ENTERPRISE** | |
| **Defendant  BONATH, KYLE K.** | |
| **Defendant  COBOS, JESUS**  Christopher Lee Lindsey *Retained* | 512-463-2080(W) |
| **Defendant  DIAZ-CAVALLIERY, JANICE, MD** | |
| **Defendant  El Paso Police Department** | |
| **Defendant  GUERRERO, DOMINIC** | |
| **Defendant  JOHNSTON, AARON** | |
| **Defendant  MARTINEZ, ALONZO**  Miguel A. Talamantes Guzman | *Retained* <br> 915-212-0033(W) |
| **Defendant  SNEED, THOMAS**  Miguel A. Talamantes Guzman | *Retained* <br> 915-212-0033(W) |
| **Defendant  SPENCER, JOHN**  Miguel A. Talamantes Guzman | *Retained* <br> 915-212-0033(W) |
| **Defendant  WALMART** | |
| **Plaintiff  MCCONNELL, LISA**  U.A. LEWIS *Retained* | 713-570-6555(W) |
| **Plaintiff  THOMPSON, BARBARA**  U.A. LEWIS *Retained* | |

**Events & Orders of the Court**

    **DISPOSITIONS**

08/07/2024 **Notice of Removal** (Judicial Officer: Perez, Annabell)
        Comment (Removed to Case No. 3:24-cv-00276 /kh)

    **OTHER EVENTS AND HEARINGS**

06/27/2024 **Original Petition (OCA) Index # 1**
06/27/2024 **E-File Event Original Filing**
06/27/2024 **Affidavit of Inability to Pay Court Costs Index # 2**
07/03/2024 **Request Index # 3**
07/03/2024 **Request Index # 4**
07/03/2024 **Request Index # 5**
07/03/2024 **Request Index # 6**
07/03/2024 **Request Index # 7**
07/03/2024 **Request Index # 8**
07/03/2024 **Request Index # 9**
07/03/2024 **Request Index # 10**
07/10/2024 **Citation**
    AXON ENTERPRISE Unserved
    SNEED, THOMAS Unserved
    SPENCER, JOHN Unserved
    ARIAS, MICHAEL Unserved
    AGUILERA, JACQUELINE Unserved
    MARTINEZ, ALONZO Unserved Response Received 08/05/2024 BONATH, KYLE K. Returned Unserved 08/05/2024
                                              Returned 08/05/2024
    WALMART Unserved
07/11/2024 **Citation**
    AXON ENTERPRISE Served 07/15/2024
                                        Response Due 08/05/2024
                                              Returned 07/22/2024
    ARIAS, MICHAEL Returned Unserved 08/12/2024
                                              Returned 08/12/2024
    MARTINEZ, ALONZO Unserved
    AGUILERA, JACQUELINE Served 07/22/2024
                                      Response Received 08/05/2024
                                              Returned 07/24/2024
    SNEED, THOMAS Served 07/18/2024
                                      Response Received 08/05/2024
                                              Returned 07/22/2024
    SPENCER, JOHN Served 07/13/2024
                                      Response Received 08/05/2024
                                              Returned 07/15/2024
    BONATH, KYLE K. Unserved
    WALMART Served 07/29/2024
                                        Response Due 08/19/2024
                                              Returned 08/08/2024
07/16/2024 **Request Index # 11**
07/16/2024 **Request Index # 12**
07/16/2024 **Request Index # 13**
07/16/2024 **Request Index # 14**
07/22/2024 **Citation**
    El Paso Police Department Unserved
    COBOS, JESUS Unserved
    GUERRERO, DOMINIC Unserved
    JOHNSTON, AARON Unserved
07/22/2024 **Citation**
    El Paso Police Department Served 07/24/2024
                                        Response Due 08/19/2024
                                              Returned 07/29/2024
    GUERRERO, DOMINIC Unserved
    JOHNSTON, AARON Returned Unserved 08/01/2024
                                              Returned 08/01/2024
    COBOS, JESUS Served 07/25/2024
                                      Response Received 08/02/2024
                                              Returned 07/29/2024
08/02/2024 **Answer Index # 17**
08/05/2024 **Answer Index # 18**
08/05/2024 **Answer Index # 19**
08/05/2024 **Answer Index # 20**
08/05/2024 **Answer Index # 21**
08/08/2024 **Returned Mail Index # 23**

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **BARBARA THOMPSON, INDIVIDUALLY AND AS NEXT FRIEND FOR NEVEAH T. AND NYA T., LISA MCCONNELL AS REPRESENTATIVE OF THE ESTATE OF MICHAEL THOMPSON,** §§§§§§§<br>V. §<br>**CITY OF EL PASO, CITY OF EL PASO POLICE DEPARTMENT, FIRE DEPARTMENT, AXON ENTERPRISE, JESUS COBOS, DOMINIC GUERRERO, THOMAS SNEED, JOHN SPENCER, MICHAEL ARIAS, JACQUELINE AGUILERA, ALONZO MARTINEZ, AARON JOHNSTON, KYLE K. BONATH, AXON, WALMART, EL PASO COUNTY, and JANICE DIAZ-CAVALLIERY, M.D.,** §§§§§§§§§§§§§§<br>*DEFENDANTS,* § | **CIVIL ACTION NO. 3:24-cv-00276-KC** |

**CERTIFICATE OF LAST KNOWN MAILING ADDRESS**

**TO THE CLERK OF SAID COURT:**

Plaintiffs, Barbara Thompson, et al., certifies to the Clerk of this Court that the last known mailing address of Defendant as follows:

Walmart's registered agent CT Corporation Systems 350 North St., Paul St., Dallas, Texas 78701

                                                Respectfully submitted,

                                                The Lewis Law Group, PLLC
                                                By:/s/*U.A. Lewis*
                                                U.A. Lewis

P.O. BOX 27353  
HOUSTON, TX 77227  
PHONE: (713) 570-6555  
FAX: (713) 581-1017  
Myattorneyatlaw@Gmal.Com  
Attorney For Plaintiff

## DECLARATION

My name is U. A. Lewis. I am over the age of eighteen (18) years and fully competent to make this verification. I am the attorney of record for the Plaintiff, have read the aforementioned CERTIFICATE OF LAST KNOWN ADDRESS, and declare that all the facts contained therein are true and correct.

*[signature]* not.

                                                                                       *[signature]*  
                                                                                        Declarant

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **BARBARA THOMPSON, INDIVIDUALLY AND AS NEXT FRIEND FOR NEVEAH T. AND NYA T., LISA MCCONNELL AS REPRESENTATIVE OF THE ESTATE OF MICHAEL THOMPSON,** V. **CITY OF EL PASO, CITY OF EL PASO POLICE DEPARTMENT, FIRE DEPARTMENT, AXON ENTERPRISE, JESUS COBOS, DOMINIC GUERRERO, THOMAS SNEED, JOHN SPENCER, MICHAEL ARIAS, JACQUELINE AGUILERA, ALONZO MARTINEZ, AARON JOHNSTON, KYLE K. BONATH, AXON, WALMART, EL PASO COUNTY, and JANICE DIAZ-CAVALLIERY, M.D.,** *DEFENDANTS,* | **CIVIL ACTION NO. 3:24-cv-00276-KC** |

**PLAINTIFF'S REQUEST FOR ENTRY FOR DEFAULT JUDGMENT
EXHIBIT C-WALMART MILITARY STATUS
AFFIDAVIT/DECLARATION**

I am the attorney of record for the Plaintiff in this proceeding. Walmart is not in military service. My name is U.A. Lewis. . I am capable of making this declaration, my date of birth is ▮▮▮▮▮▮, and my address is ▮▮▮▮▮▮▮▮▮▮ Houston, TX 77007. I am the Attorney of Record and declare under penalty of perjury of the United States of America that the foregoing is true and correct. Executed in Harris County, State of Texas, on September 3, 2024. Ex. 1

/s/ U.A. Lewis

Respectfully Submitted,
The Lewis Law Group PLLC.
<u>By: /s/ U.A. Lewis</u>
U.A. Lewis
State Bar No. 24076511
P. O. Box 27353
Houston, TX 77227
Email:myattorney@thelewislaw.com
Attorney-in-charge

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been forwarded to all attorneys of record who have appeared in this case.

**/s/ U.A. Lewis**
**U.A. Lewis**